**WRIGHT MANUFACTURING, INC., Appellant.**

v.

**The TORO COMPANY, Appellee.**

Nos. 2014–1534, 2014–1558.

United States Court of Appeals, Federal Circuit.

May 12, 2015.

Joseph A. Rhoa, Nixon & Vanderhye P.C., Arlington, VA, argued for appellant.

Rachel C. Hughey, Merchant & Gould P.C., Minneapolis, MN, argued for appellee. Also represented by Anthony Richard Zeuli, Katherine E. Muller.

REYNA, SCHALL, and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. See Fed. Cir. R. 36.**